The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARIA SANCHEZ-KOUNTZ A/K/A MARIA KOUNTZ A/K/A MARIA BOWDEN<br><br>Defendant/Judgment Debtor,<br><br>and<br><br>KSB LITIGATION, P. S.,<br><br>Garnishee. | NO.  3:21-MC-05027-BHS<br><br>(3:16-CR-5637-1)<br><br>**Order Terminating Garnishment Proceeding** |

This matter came before the Court on the United States' Application to Terminate Garnishment Proceeding.  For the reasons stated in the United States' Application, the Court concludes that this Garnishment should be terminated under 28 U.S.C. § 3205(c)(10)(B).

IT IS ORDERED that the garnishment is terminated and that KSB Litigation, P. S. is relieved of further responsibility under the writ of garnishment issued in this case.

ORDER TERMINATING GARNISHMENT PROCEEDING
(USA v. Maria Sanchez-Kountz a/k/a Maria Kountz a/k/a Maria Bowden and KSB Litigation, P.S.) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

DATED this 28th day of May, 2024.

_____
JUDGE BENJAMIN H. SETTLE
UNITED STATES DISTRICT COURT JUDGE

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

[PROPOSED] ORDER TERMINATING GARNISHMENT PROCEEDING
(USA v. Maria Sanchez-Kountz a/k/a Maria Kountz a/k/a Maria Bowden and KSB Litigation, P.S.) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970